**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000063
04-NOV-2010
09:47 AM**

NO. CAAP-10-0000063

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
JONATHAN BAKKE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-10-082718)


ORDER
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Motion to Remand Case to the District Court of the First Circuit, Dismiss Appeal and Waive Filing Fee filed by Defendant-Appellant Jonathan Bakke, the papers in support, and the records and files herein, it appears that: (1) Mr. Bakke states he received a traffic citation and wanted to request a hearing to contest the citation; (2) by mistake, a court clerk directed him to file a notice of appeal; and (3) he would like to dismiss this appeal and remand the matter to the district court for a hearing to contest the traffic citation. Therefore,

IT IS HEREBY ORDERED that:

1.  The motion is granted.

2.  This matter is remanded to the District Court of the First Circuit so Mr. Bakke can request a hearing to contest the traffic citation.

3.  The appeal is dismissed.

DATED: Honolulu, Hawai'i, November 4, 2010.


Presiding Judge

Associate Judge

Associate Judge